1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

SADELL EDWARD CONRAD,

        Defendant.

_____/

No. CR 05-00595 WHA

**ORDER FINDING NO SHOWING
OF EXCUSABLE NEGLECT**

     Our court of appeals remanded this case "for the limited purpose of permitting the district court to provide appellant notice and an opportunity to request that the time for filing the notice of appeal be extended for a period not to exceed 30 days from the expiration of the time for filing a notice of appeal based on a showing of excusable neglect" (Dkt. No. 65). On October 17, 2011, an order issued requesting a response from defendant Sadell Edward Conrad by November 7, 2011 (Dkt. No. 66). As of the date of this order, no response has been received. Thus, the order finds that the time for filing defendant's notice of appeal should not be extended based on excusable neglect because defendant has made no such showing.

     **IT IS SO ORDERED.**

Dated: November 21, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE